**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7411**

---

RICHARD A. GRAY,

Petitioner - Appellant,

versus

RONALD ANGELONE, Director of the Virginia
Department of Corrections,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge.
(CA-95-273-2)

---

Submitted: September 10, 1996      Decided: September 19, 1996

---

Before MURNAGHAN, HAMILTON, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Richard A. Gray, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Mary Elizabeth Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed pursuant to 28 U.S.C. § 2254 (1994), amended by Act of Apr. 24, 1996, 28 U.S.C.S. § 2254 (Law. Co-op Advance Sheet June 1996). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal; to the extent that a certificate of appealability is required, we deny such a certificate. We dismiss the appeal on the reasoning of the district court. Gray v. Angelone, No. CA-95-273-2 (E.D. Va. Aug. 4, 1995).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2